IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

GALAXY STONE WORKS LLC )
and AMIR KHAZENI, )
)
   Plaintiffs, ) TC-MD 120766N
)
 v. )
)
MARION COUNTY ASSESSOR, )
)
)
   Defendant. ) **DECISION OF DISMISSAL**

  This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

  On March 19, 2013, the court sent the parties a Journal Entry instructing Plaintiffs to file

a written status report within 14 days of the date of the Journal Entry, stating whether this matter

is settled or trial is requested. The Journal Entry stated that failure to comply with the deadlines

set forth therein would result in dismissal of Plaintiffs' appeal.

  Plaintiffs' deadline has passed and the court has not received the Plaintiffs' written status

report or any further communication from Plaintiffs. As a consequence, the court finds this

matter should be dismissed for lack of prosecution. Now, therefore,

  IT IS THE DECISION OF THIS COURT that this matter is dismissed.

  Dated this \_\_\_ day of April 2013.

               _____
               ALLISON R. BOOMER
               MAGISTRATE

***If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

/ / /

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on April 5, 2013. The Court filed and entered this document on April 5, 2013.*